852

No. 78–6711.   HUNTOON *v.* DEPARTMENT OF JOB SERVICES OF IOWA ET AL.   Sup. Ct. Iowa.   Certiorari denied.

No. 78–6712.   FRANCIOTTI *v.* SMITH, CORRECTIONAL SUPERINTENDENT.   C. A. 2d Cir.   Certiorari denied.

No. 78–6714.   PALMER *v.* YOUNGSTOWN CIVIL SERVICE COMMISSION.   Ct. App. Ohio, Mahoning County.   Certiorari denied.

No. 78–6716.   MILLS *v.* ALABAMA.   Ct. Crim. App. Ala. Certiorari denied.

No. 78–6717.   DARABAN *v.* CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 78–6718.   KROPIWKA *v.* DEPARTMENT OF INDUSTRY, LABOR AND HUMAN RELATIONS OF WISCONSIN.   Sup. Ct. Wis. Certiorari denied.

No. 78–6719.   DUNN *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 78–6721.   COOPER *v.* CAMPBELL, CORRECTION SUPERINTENDENT, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 78–6722.   REYNOLDS *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 78–6723.   ROSENBERG *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 78–6727.   BOWERS *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 78–6728.   ROBBINS ET VIR *v.* DISTRICT COURT OF WORTH COUNTY, IOWA, ET AL.   C. A. 8th Cir.   Certiorari denied.